962

No. 83–474.   STUART-WESTERN, INC. v. COOLING SYSTEMS & FLEXIBLES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 83–488.   KOZACHENKO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–522.   WALKER v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 83–543.   KIRK v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–545.   SAGAN v. U. S. SUPREME COURT ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–566.   WEINER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–571.   ARIAS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–574.   EBOLI ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 83–584.   KRAMER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 83–5049.   CARPENTER v. SCOPPA ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–5111.   VAN METER v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–5123.   WESTON v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 83–5127.   GREEN v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 83–5141.   DAVIS v. MISSOURI.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 83–5179.   LARSON v. KOTOS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–5184.   AGUIRRE v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.